**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:19-CV-403 |
| | § | |
| WE BUILD THE WALL, INC., | § | |
| FISHER INDUSTRIES, FISHER SAND | § | |
| AND GRAVEL CO., AND NEUHAUS & | § | |
| SONS, LLC, | § | |
| | § | |
| *Defendants.* | § | |

_____

### TEMPORARY RESTRAINING ORDER
_____

Plaintiff United States of America, having filed its Complaint, seeking, *inter alia*, a temporary restraining order, preliminary injunction and other equitable relief in this matter, and having moved for an Emergency Temporary Restraining Order and other relief under Rule 65 of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 65, and the Court, having considered the Complaint, supporting affidavit, and motion filed in support and having heard arguments of counsel for the parties for and against the requested relief, finds that:

### FINDINGS OF FACT

1. This Court has jurisdiction over the subject matter of this case and there is good cause to believe it will have jurisdiction over Defendants.

2. Venue lies properly with this Court.

3. There is good cause to believe that Defendants We Build the Wall, Inc., Fisher Industries, Fisher Sand and Gravel Co., and Neuhaus & Sons, LLC., have engaged in, and are

likely to engage in, acts that violate or have violated the requirements of the USIBWC pursuant to the 1970 Treaty between the United States and Mexico. (*Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary*, US – Mex, Nov. 23, 1970, TIAS 7313.).

4. There is good cause to believe that the United States has a substantial likelihood of prevailing on the merits of this action.

5. There is good cause to believe that the United States has suffered and will continue to suffer immediate and irreparable damage if the temporary restraining order is not granted.

6. There is good cause to believe that the threatened injury to the United States substantially outweighs any threatened harm to the Defendants.

7. There is good cause to believe that granting the temporary restraining order will not disserve the public interest.

8. **THEREFORE, IT IS ORDERED** that Plaintiff United States' Motion for a Temporary Restraining Order and Preliminary Injunction is hereby **GRANTED** as follows. Pending a preliminary injunction hearing, Defendants (and anyone acting on their behalves who receive actual notice of this Order) are hereby immediately restrained and enjoined as follows:

(a) constructing a bollard structure, wall or similar structure along the bank and within the floodplain of the Rio Grande River on land described as an 807.73 gross acre tract of land out of the WEST ADDITION TO SHARYLAND SUBDIVISION, Lots 9-1, 9-2, and Parts of Lots 9-3, 9-4 and Parts of Lots 10-1, 10-2, and 10-3 and Part of Porcion 53 and 54, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 1, Page 56, Map Records, Hidalgo County, Texas as described in the Special Warranty Deed filed as Document No. 2752394, Official Records of Hidalgo County, Texas (hereinafter described in its entirety as the "Neuhaus Property")[1] until such time

---

[1] For the full metes and bounds description of the Neuhaus Property, see the Special Warranty Deed attached as Exhibit 1.

as WBTW and Fisher Industries comply with the requirements of the USIBWC pursuant to the 1970 Treaty between the United States and Mexico. (*Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary*, US – Mex, Nov. 23, 1970, TIAS 7313.);

(b) constructing a bollard structure, wall or similar structure along the bank and within the floodplain of the Rio Grande River on the Neuhaus Property until such time as USIBWC fulfills its analysis and other requirements pursuant to the 1970 Treaty between the United States and Mexico. (*Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary*, US – Mex, Nov. 23, 1970, TIAS 7313.); and

(c) further work impacting the bank of the Rio Grande on the Neuhaus Property until such time as USIBWC reviews the proposed changes to the embankment and issues a permit allowing such modification.

IT IS FURTHER **ORDERED**:

9. Defendants' response(s) to United States' Motion for Preliminary Injunction, is due on or before _____.

10. The United States' reply in support of its Motion for Preliminary Injunction is due on _____.

11. The Court will hold a hearing on the United States' Motion for Preliminary Injunction on _____ beginning at __:00 _.m.

IT IS SO **ORDERED**.

**SIGNED** and issued at _____ __.m., this ____ day of _____, 2019.

_____
**RANDY CRANE**
UNITED STATES DISTRICT JUDGE



Doc-2752394

**Hidalgo County**
**Arturo Guajardo Jr.**
**County Clerk**
**Edinburg, Texas 78540**

**Document No:** 2752394

**Recorded On:** October 04, 2016 03:27 PM

**Billable Pages:** 25

**Number of Pages:** 26

**\*\*\*\*\*Examined and Charged as Follows\*\*\*\*\***

Total Recording: 132.00

**\*\*\*\*\*THIS PAGE IS PART OF THE DOCUMENT\*\*\*\*\***

Any provision herein which restricts the Sale, Rental, or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document No: 2752394
Receipt No: 20161004000427
Recorded On: October 04, 2016 03:27 PM
Deputy Clerk: Imelda Leal
Station: CH-1-CC-K12

**Record and Return To:**



STATE OF TEXAS
COUNTY OF HIDALGO

I hereby certify that this Instrument was FILED in the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Hidalgo County, Texas.

Arturo Guajardo Jr.
County Clerk
Hidalgo County, Texas



GOVERNMENT
EXHIBIT
1

Edwards Abstract and Title Co., GF 907555  MDL

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## SPECIAL WARRANTY DEED WITH VENDOR'S LIEN

**Date:**         September 28, 2016

**Grantor**     **CHARLES E. PRATT, III, as Trustee of the CHARLES PRATT FAMILY TRUST**

**And**

**Grantor's**   301 Cape Hatteras Dr.
**Mailing**     Corpus Christi, TX 78412
**Addresses:**

**STACY P. PATTERSON**, spouse of Brian Patterson, dealing with non-homestead separate property

206 Lorraine Drive
Corpus Christi, TX 78411

**STEPHANIE P. KUHLES**, spouse of Matthew Kuhles, dealing with non-homestead separate property

9510 Scenic Bluff Drive
Austin, TX 78733

**IRENE OLIVIERI fka MARY IRENE HARDWICKE**, spouse of Lance Joseph Olivieri, dealing with non-homestead separate property

5722 N. Tula Lane
Tucson, AZ 85743

**HELEN CATHERINE HARDWICKE**, a single person

27 Dudley Avenue
Venice, CA 90291

**ALEXANDRA ELIZABETH HARDWICKE**, a single person

609 Franklin Blvd. A
Austin, TX 78751

1

Edwards Abstract and Title Co., GF 907555

**JAMES B. HARDWICKE**, spouse of Michelle Hardwicke, dealing with non-homestead separate property

3837 W. Lark Street
Springfield, MO 65810

**SALLY ANN HARDWICKE BRACE**, spouse of Robert Brace, dealing with non-homestead separate property

2000 N. 8th
McAllen, TX 78501

**RICHARD BRUCE HARDWICKE**, spouse of Janna Margaret Hardwicke, dealing with non-homestead separate property

112 E. Warbler Avenue
McAllen, TX 78504

**MARY HELEN KORBELIK**, a single person

3316 W. 69th Street
Shawnee Mission, KA 66208

**ROBERT B. KORBELIK**, spouse of Debra Anne Korbelik, dealing with non-homestead, separate property

10755 E. Stoney Lane
Scottsdale, AZ 85262

**DAVID JOHN KORBELIK**, a single person

3316 W. 69th Street
Shawnee Mission, KA 66208

**JILL KORBELIK**, a single person

P. O. Box 11395
Eugene OR 97440

**JOHN B. HARDWICKE, VI, aka BEN HARDWICKE**, a single person

2271 Duane St., #10
Los Angeles, CA 90039

and

Edwards Abstract and Title Co., GF 907555

**LAWRENCE G. HARDWICKE, M.D., TRUSTEE OF THE LAWRENCE G. HARDWICKE M.D. REVOCABLE TRUST, THE HARDWICKE MARITAL TRUST, AND THE HARDWICKE FAMILY TRUST, AS CREATED UNDER THE TERMS OF THE HARDWICKE FAMILY REVOCABLE FAMILY TRUST**

1625 Westwood
Abilene, TX 79603

**Grantee:**     NEUHAUS & SONS, A Texas General Partnership

**Grantee's Mailing Address:**

2000 E. Expressway 83
Weslaco, Texas 78596

**Consideration:**

Cash and a note dated September 28, 2016, executed by Grantee and payable to the order of TEXAS FARM CREDIT SERVICES, FLCA, in the principal amount of FOUR MILLION THREE HUNDRED FORTY-FIVE THOUSAND and NO/100 DOLLARS ($4,345,000.00). The note is secured by a first and superior vendor's lien and superior title retained in this deed in favor of TEXAS FARM CREDIT SERVICES, FLCA, and by a first-lien deed of trust dated September 28, 2016, from Grantee to MARK A. MILLER, trustee.

**Property (including any improvements):**

A 807.73 gross acre tract of land out of the WEST ADDITION TO SHARYLAND SUBDIVISION, Lots 9-1, 9-2, and Parts of Lots 9-3, 9-4 and Parts of Lots 10-1, 10-2, and 10-3 and Part of Porcion 53 and 54, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 1, Page 56, Map Records, Hidalgo County, Texas, and Tortuga Banco No. 65, and Accretion Area, Hidalgo County, Texas, said tract more particularly described by metes and bounds in Exhibit A attached hereto and incorporated herein by reference as if set out in full; together with all permanently installed and built-in items, if any (i.e., pumping site and irrigation system);

and

1990.235 acre feet of Class "A" water rights and 575.00 acre-feet Class "B" water rights, both for irrigation purposes, Certificate of Adjudication No. 23-399, Amendment "D;" said water rights being subject to the restrictions and conditions placed upon the holder thereof under the Certificate of Adjudication and all amendments thereto and the rules and regulations of the Texas Commission on Environmental Quality and any successor thereto.

Edwards Abstract and Title Co., GF 907555

**Reservations from Conveyance:**

For Grantor and each Grantor's heirs, successors, and assigns forever, a reservation of all oil, gas, and other minerals in and under and that may be produced from the Property (the "Mineral Estate") not heretofor conveyed by Grantor's predecessors in interest, Grantor's corresponding fractional interest in any royalty under any existing or future lease covering any part of the Property, surface rights (including rights of ingress and egress), production and drilling rights, lease payments, and all related benefits. The Mineral Estate does NOT include water, sand, gravel, limestone, building stone, caliche, surface shale, near-surface lignite, and iron, but DOES include the reasonable use of these surface materials for mining, drilling, exploring, operating, developing, or removing the oil, gas, and other minerals from the Property.

**Exceptions to Conveyance and Warranty:**

To the extent they validly exist:

Those items appearing in Exhibit B attached hereto and incorporated herein by reference.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

**GRANTEE ACCEPTS THE PROPERTY IN "AS IS" PHYSICAL CONDITION. GRANTOR MAKES NO REPRESENTATION OR WARRANTY REGARDING ANY CROP GROWN OR GROWING ON THE LAND. GRANTEE ACKNOWLEDGES THAT GRANTEE HAS HAD THE OPPORTUNITY TO INSPECT THE PROPERTY OR HAS OR MAY HAVE AN INSPECTION THEREOF TO BE MADE ON GRANTEE'S BEHALF AND IT IS UNDERSTOOD AND AGREED THAT NEITHER GRANTOR NOR ANY PERSON ACTING OR PURPORTING TO ACT FOR GRANTOR HAS MADE OR NOW MAKES ANY REPRESENTATION AS TO THE PHYSICAL CONDITION (LATENT OR PATENT OR OTHERWISE), OR ANY OTHER MATTER OR THING AFFECTING OR RELATING TO THE PROPERTY EXCEPT AS HEREIN SPECIFICALLY SET FORTH. GRANTEE HEREBY EXPRESSLY ACKNOWLEDGES THAT NO SUCH REPRESENTATIONS HAVE BEEN MADE AND GRANTEE**

Edwards Abstract and Title Co., GF 907555

**THAT ALL UNDERSTANDINGS AND AGREEMENTS HERETOFORE HAD BETWEEN THE PARTIES ARE HEREBY MERGED IN THIS DEED WHICH, WITH THE CONTRACT TO SELL THE PROPERTY FULLY AND COMPLETELY EXPRESSES GRANTOR'S AND GRANTEE'S AGREEMENT AND THAT THE DEED IS ACCEPTED AFTER FULL INVESTIGATION, NEITHER PARTY RELYING UPON ANY STATEMENT OR REPRESENTATION MADE BY THE OTHER NOT EMBODIED IN THIS DEED AND THE CONTRACT FOR THE SALE OF THE PROPERTY.**

To the extent of $2,584,992.00, TEXAS FARM CREDIT SERVICES, FLCA, at Grantee's request, has paid in cash to Grantor the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of TEXAS FARM CREDIT SERVICES, FLCA, and are transferred to TEXAS FARM CREDIT SERVICES, FLCA, without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

CHARLES E. PRATT, III, AS TRUSTEE OF THE
CHARLES E. PRATT FAMILY TRUST

STATE OF TEXAS )

COUNTY OF NUECES )

This instrument was acknowledged before me on 29th day of September, 2016, by CHARLES E. PRATT, III, AS TRUSTEE OF THE CHARLES E. PRATT FAMILY TRUST.

IRENE GARCIA
Notary Public, State of Texas
Comm. Expires 08-30-2020
Notary ID 10622034

Notary Public, State of Texas
My commission expires: 8·30·2020

5

Edwards Abstract and Title Co., GF 907555



Stacy P. Patterson

STATE OF TEXAS           )

COUNTY OF NUECES        )

    This instrument was acknowledged before me on *29* day of September, 2016, by STACY P. PATTERSON.

IRENE GARCIA
Notary Public, State of Texas
Comm. Expires 08-30-2020
Notary ID 10622034

Notary Public, State of Texas
My commission expires: *8·30·2020*

6

Edwards Abstract and Title Co., GF 907555

*Stephanie P. Kuhles*

Stephanie P. Kuhles


STATE OF TEXAS            )

COUNTY OF TRAVIS          )

    This instrument was acknowledged before me on 30 day of September, 2016, by STEPHANIE P. KUHLES.

PAUL ANDREW CONNER
My Commission Expires
November 14, 2018

*Paul Andrew Conner*

Notary Public, State of Texas
My commission expires: *November 14, 2018*

*Paul Andrew Conner*

7

Edwards Abstract and Title Co., GF 907555

_Lawrence G. Hardwicke_

LAWRENCE G. HARDWICKE, M.D., TRUSTEE OF THE LAWRENCE G. HARDWICKE M.D. REVOCABLE TRUST, THE HARDWICKE MARITAL TRUST, AND THE HARDWICKE FAMILY TRUST, AS CREATED UNDER THE TERMS OF THE HARDWICKE FAMILY REVOCABLE FAMILY TRUST

STATE OF TEXAS          )

COUNTY OF TAYLOR     )

This instrument was acknowledged before me on the 29th day of September, 2016, by LAWRENCE G. HARDWICKE, M.D., AS TRUSTEE OF THE LAWRENCE G. HARDWICKE M.D. REVOCABLE TRUST, THE HARDWICKE MARITAL TRUST, AND THE HARDWICKE FAMILY TRUST, AS CREATED UNDER THE TERMS OF THE HARDWICKE FAMILY REVOCABLE FAMILY TRUST.

GERRI K LINDER
Notary ID # 128145531
My Commission Expires
January 12, 2018

_Gerri K Linder_
Notary Public, State of Texas Gerri K. Linder
My commission expires: 1-12-2018

G:\Markw\Hardwicke Matters\Neuhaus Mission Sale and Lease\Sale of Property\Closing Documents\Deed\SWD V7.docx

8

Edwards Abstract and Title Co., GF 907555

*Irene Olivieri*

**IRENE OLIVIERI FKA MARY IRENE HARDWICKE**


*Richard B. Hardwicke*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS       )

COUNTY OF HIDALGO     )

     This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of IRENE OLIVIERI FKA MARY IRENE HARDWICKE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires:   8-4-2019


*Helen Catherine Hardwicke*

**HELEN CATHERINE HARDWICKE**


*Richard B. Hardwicke*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS       )

COUNTY OF HIDALGO     )

     This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of HELEN CATHERINE HARDWICKE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires:   8-4-2019

Edwards Abstract and Title Co., GF 907555

*John B. Hardwicke, VI*

**JOHN B. HARDWICKE, VI, AKA BEN HARDWICKE**

*Richard B. Hardwicke*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS          )

COUNTY OF HIDALGO    )

This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of JOHN B. HARDWICKE, VI, AKA BEN HARDWICKE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires: 8-4-2019


*Alexandra Elizabeth Hardwicke*

**ALEXANDRA ELIZABETH HARDWICKE**

*Richard B. Hardwicke*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS          )

COUNTY OF HIDALGO    )

This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of ALEXANDRA ELIZABETH HARDWICKE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires: 8-4-2019

Edwards Abstract and Title Co., GF 907555

*James B. Hardwicke*

**JAMES B. HARDWICKE**

*Richard B. Hardwick*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS        )

COUNTY OF HIDALGO    )

      This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of JAMES B. HARDWICKE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires: 8-4-2019


*Sally Ann Hardwicke Brace*

**SALLY ANN HARDWICKE BRACE**

*Richard B. Hardwicke*
_____
Richard B. Hardwicke, attorney-in-fact


STATE OF TEXAS        )

COUNTY OF HIDALGO    )

      This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of SALLY ANN HARDWICKE BRACE.

> ROQUE GUERRERO
> Notary Public, State of Texas
> My Comm. Exp 08-04-2019
> NOTARY ID#: 1168401-0

_____
Notary Public, State of Texas
My commission expires: 8-4-2019

Edwards Abstract and Title Co., GF 907555

_Richard Bruce Hardwicke_
Richard Bruce Hardwicke

STATE OF TEXAS )

COUNTY OF HIDALGO )

This instrument was acknowledged before me on 28th day of September, 2016, by RICHARD BRUCE HARDWICKE.

ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0

Notary Public, State of Texas
My commission expires: 8-4-2019

_Janna Margaret Hardwicke_
Janna Margaret Hardwicke, spouse of Richard Bruce Hardwicke, pro forma

STATE OF TEXAS )

COUNTY OF HIDALGO )

This instrument was acknowledged before me on 28th day of September, 2016, by JANNA MARGARET HARDWICKE.

ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0

Notary Public, State of Texas
My commission expires: 8-4-2019

12

Edwards Abstract and Title Co., GF 907555

*Mary Helen Korbelik*

**MARY HELEN KORBELIK**

*Richard B. Hardwicke*

Richard B. Hardwicke, attorney-in-fact

STATE OF TEXAS                    )

COUNTY OF HIDALGO         )

This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of MARY HELEN KORBELIK.

ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0

Notary Public, State of Texas
My commission expires:     8-4-2019

*Robert B. Korbelik*

**ROBERT B. KORBELIK**

*Richard B. Hardwicke*

Richard B. Hardwicke, attorney-in-fact

STATE OF TEXAS                    )

COUNTY OF HIDALGO         )

This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of ROBERT KORBELIK.

ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0

Notary Public, State of Texas
My commission expires:     8-4-2019

13

Edwards Abstract and Title Co., GF 907555

*Jill Korbelik*

**JILL KORBELIK**

*Richard B. Hardwicke*

Richard B. Hardwicke, attorney-in-fact

STATE OF TEXAS          )

COUNTY OF HIDALGO     )

    This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of JILL KORBELIK.

```
ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0
```

_____
Notary Public, State of Texas
My commission expires:  8-4-2019

*David John Korbelik*

**DAVID JOHN KORBELIK**

*Richard B. Hardwicke*

Richard B. Hardwicke, attorney-in-fact

STATE OF TEXAS          )

COUNTY OF HIDALGO     )

    This instrument was acknowledged before me on 28th day of September, 2016, by Richard B. Hardwicke as attorney-in-fact on behalf of DAVID JOHN KORBELIK.

```
ROQUE GUERRERO
Notary Public, State of Texas
My Comm. Exp 08-04-2019
NOTARY ID#: 1168401-0
```

_____
Notary Public, State of Texas
My commission expires:  8-4-2019

Edwards Abstract and Title Co., GF 907555

# EXHIBIT A
### (Property Description)

A 807.73 gross acre tract of land out of the WEST ADDITION TO SHARYLAND SUBDIVISION, Lots 9-1, 9-2, and Parts of Lots 9-3, 9-4 and Parts of Lots 10-1, 10-2, and 10-3 and Part of Porcion 53 and 54, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 1, Page 56, Map Records, Hidalgo County, Texas, and Tortuga Banco No. 65, and Accretion Area Hidalgo County, Texas, said tract more particularly described by metes and bounds as follows:

POINT OF COMMENCEMENT at the Northeast corner of Lot 10-2 also being located on the centerline of Los Ebanos Road, Thence, along and with the centerline of Los Ebanos Road South 08 degrees 39 minutes 00 seconds West, a distance of 934.87 feet to a set 1/2 inch iron rebar being located on the intersection of the South right-of-way line of U.S. 281 (Military Highway) and centerline of Los Ebanos Road and the POINT OF BEGINNING for this description;

THENCE, South 75 degrees 58 minutes 13 seconds East, a distance of 689.40 feet along the South right-of-way line of U.S. 281 (Military Highway) to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 45 degrees 26 minutes 00 seconds East, a distance of 269.90 feet along a South river levee easement from United Irrigation Company (UIC) to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 46 degrees 56 minutes 00 seconds East, a distance of 286.91 feet, continuing along said South river levee easement from United Irrigation Company (UIC) to a set 1/2 inch iron rebar on the South lot line of said Lot 10-3 for a corner of this tract of land;

THENCE, North 81 degrees 21 minutes 03 seconds West, a distance of 83.52 feet along said South line of Lot 10-3 to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 04 degrees 27 minutes 00 seconds East, a distance of 215.37 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 39 degrees 32 minutes 00 seconds East, a distance of 100.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 28 degrees 27 minutes 00 seconds East, a distance of 230.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 41 degrees 04 minutes 00 seconds East, a distance of 321.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 46 degrees 38 minutes 00 seconds East, a distance of 790.36 feet to a set 1/2 inch iron rebar estimated to a located at the Southwest corner of a 0.55 acre tract from United Irrigation Company (UIC) to the JW HOIT ESTATE, Deed No. 230 and a corner of this tract of land;

THENCE, North 44 degrees 16 minutes 00 seconds East, a distance of 51.80 feet to a set 1/2 inch iron rebar estimated to be located at the Northwest corner of said 0.55 acre tract and a corner of this tract of land;

THENCE, South 46 degrees 08 minutes 00 seconds East, a distance of 1016.79 feet to a point on an old fence line (Deed call 874.20 feet) to a corner that is to be located from a set 1/2 inch iron rebar having an offset of North 89 degrees 37 minutes 41 seconds East, a distance of 26.17 feet said corner being also 112.0 feet West of said Porcion 54 East line and said corner being also the Northeast corner of this tract of land;

THENCE, South 09 degrees 35 minutes 02 seconds West, along said old fence line, a distance of 233.94 feet (Deed call: 326.50 feet) 112.0 feet West of and parallel to the East line of said Porcion 54 to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 58 degrees 41 minutes 00 seconds West, a distance of 136.36 feet (Deed call: 160.0 feet) to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, North 81 degrees 19 minutes 00 seconds West, a distance of 172.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 38 degrees 41 minutes 00 seconds West, a distance of 540.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, South 08 degrees 41 minutes 00 seconds West, a distance of 365.00 feet to a location where the North bank of the Rio Grande River formerly intersected (Deed call), THENCE, continuing for a total distance of 934.46 feet to the Southeast corner of this tract of land that is to be located from a set 1/2 inch iron rebar having an offset of North 74 degrees 26 minutes 00 seconds East, a distance of 4.18 feet of this tract of land;

THENCE, North 46 degrees 53 minutes 52 seconds West, a distance of 13.42 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 77 degrees 37 minutes 42 seconds West, a distance of 58.54 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 70 degrees 07 minutes 34 seconds West, a distance of 106.16 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

Edwards Abstract and Title Co., GF 907555

THENCE, North 76 degrees 05 minutes 25 seconds West, a distance of 163.01 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 85 degrees 21 minutes 38 seconds West, a distance of 284.83 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 21 degrees 19 minutes 14 seconds West, a distance of 71.94 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 72 degrees 29 minutes 45 seconds West, a distance of 486.90 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 46 degrees 51 minutes 21 seconds West, a distance of 603.59 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 32 degrees 23 minutes 15 seconds West, a distance of 527.80 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 21 degrees 41 minutes 33 seconds West, a distance of 712.51 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 15 degrees 14 minutes 40 seconds West, a distance of 592.75 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 04 degrees 24 minutes 13 seconds West, a distance of 979.97 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 03 degrees 31 minutes 36 seconds East, a distance of 1033.02 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 07 degrees 30 minutes 50 seconds East, a distance of 400.30 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 00 degrees 57 minutes 08 seconds West, a distance of 215.37 feet

**Exhibit A, Page 3**

Edwards Abstract and Title Co., GF 907555

following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 13 degrees 39 minutes 36 seconds West, a distance of 213.72 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 31 degrees 20 minutes 43 seconds West, a distance of 461.45 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 48 degrees 54 minutes 17 seconds West, a distance of 202.22 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 62 degrees 22 minutes 03 seconds West, a distance of 251.70 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, South 71 degrees 05 minutes 52 seconds West, a distance of 165.81 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 89 degrees 13 minutes 02 seconds West, a distance of 212.60 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 56 degrees 10 minutes 58 seconds West, a distance of 361.45 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 48 degrees 24 minutes 16 seconds West, a distance of 139.77 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 20 degrees 50 minutes 03 seconds West, a distance of 63.21 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 44 degrees 58 minutes 40 seconds West, a distance of 138.13 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 32 degrees 02 minutes 30 seconds West, a distance of 1724.56 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 39 degrees 30 minutes 11 seconds West, a distance of 181.09 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 30 degrees 27 minutes 07 seconds West, a distance of 216.25 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 22 degrees 01 minutes 53 seconds West, a distance of 364.86 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 06 degrees 53 minutes 44 seconds West, a distance of 577.12 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 03 degrees 38 minutes 02 seconds West, a distance of 290.64 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 02 degrees 39 minutes 35 seconds East, a distance of 271.29 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 07 degrees 44 minutes 07 seconds East, a distance of 516.61 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 12 degrees 35 minutes 36 seconds East, a distance of 1145.68 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 06 degrees 53 minutes 26 seconds East, a distance of 270.18 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 00 degrees 34 minutes 11 seconds East, a distance of 554.65 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 13 degrees 51 minutes 42 seconds West, a distance of 439.41 feet following the Meanders of the Rio Grande along its North bank to a point for this tract of land;

THENCE, North 19 degrees 17 minutes 48 seconds West, a distance of 647.39 feet to

the Southwest corner of this tract of land that is to be located from a set 1/2 inch iron rebar having an offset of North 00 degrees 00 minutes 23 seconds East, a distance of 50.00 feet also being the approximate location where the North bank of the Rio Grande River and East line of said Porcion 52 intersect for this tract of land;

THENCE, North 08 degrees 42 minutes 45 seconds East, along the centerline of Brush a distance of 1469.82 feet to a set 1/2 inch iron rebar for the Southwest corner of Lot 9-1 in all a total distance of 3300.00 feet along the East line of said Porcion 52 and being the East line of the Old Fernandez strip now recorded under Volume 934, Page 554-556, Hidalgo County Map Records to a set 1/2 inch iron rebar being the intersection of the South right-of-way line of said U.S. 281 (Military Highway) with said Porcion 52 East line and being also the Northwest corner for this tract of land;

THENCE, South 80 degrees 36 minutes 41 seconds East, a distance of 1103.15 feet along the South right-of-way line of said U.S. 281 (Military Highway) to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of U.S. 281 (Military Highway), South 79 degrees 42 minutes 06 seconds East, a distance of 276.81 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of said U.S. 281 (Military Highway), South 08 degrees 39 minutes 54 seconds West, a distance of 5.00 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of U.S. 281 (Military Highway), South 79 degrees 42 minutes 06 seconds East, a distance of 73.89 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of U.S. 281 (Military Highway), South 78 degrees 28 minutes 44 seconds East, a distance of 343.36 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of U.S. 281 (Military Highway), South 76 degrees 24 minutes 56 seconds East, a distance of 836.16 feet to a set 1/2 inch iron rebar for a corner of this tract of land;

THENCE, continuing along the South right-of-way line of U.S. 281 (Military Highway), South 75 degrees 58 minutes 09 seconds East, a distance of 70.36 feet to the POINT OF BEGINNING of this description, and containing within these metes and bounds 807.73 gross acres of land, more or less.

Edwards Abstract and Title Co., GF 907555

# EXHIBIT B

(Exceptions to Conveyance and Warranty)

bd.    Mineral and/or royalty grant and/or reservation in instrument(s) dated August 1, 1961, recorded in Volume 1014, Page 446, Deed Records; dated June 27, 1963, recorded in Volume 1065, Page 537, Deed Records; and, dated December 30, 1963, recorded in Volume 1078, Page 590, Deed Records, Hidalgo County, Texas.

be.    Mineral and/or royalty grant and/or reservation in instrument(s) dated April 30, 1946, recorded in Volume 632, Page 329, Deed Records; dated November 15, 1949, recorded in Volume 104, Page 538, Oil and Gas Records; dated May 15, 1958, recorded in Volume 928, Page 394, Deed Records; dated November 24, 1962, recorded in Volume 1049, Page 145, Deed Records; dated December 30, 1963, recorded in Volume 1078, Page 590, Deed Records; dated May 11, 1964, recorded in Volume 1088, Page 352, Deed Records; dated November 20, 1972, recorded in Volume 342, Page 970, Oil and Gas Records; and, dated December 19, 1972, recorded in Volume 343, Page 62, Oil and Gas Records, Hidalgo County, Texas

bf.    Oil, Gas and Mineral Lease(s) dated October 1, 1970, recorded in Volume 328, Page 767, Oil and Gas Records; dated October 1, 1970, recorded in Volume 328, Page 793, Oil and Gas Records; dated November 1, 1970, recorded in Volume 328, Page 805, Oil and Gas Records; and, dated April 20, 1983, recorded in Volume 428, Page 357, Oil and Gas Records, Hidalgo County, Texas.

bg.    Oil, Gas and Mineral Lease(s) dated March 30, 1983, recorded in Volume 1851, Page 336, Official Records; dated June 24, 1983, recorded in Volume 1858, Page 235, Official Records; dated September 28, 1983, recorded in Volume 1897, Page 20, Official Records; dated September 5, 1983, recorded in Volume 1910, Page 813, Official Records; dated October 27, 1983, recorded in Volume 1910, Page 827, Official Records; dated September 5, 1983, recorded in Volume 1913, Page 393, Official Records; dated September 5, 1983, recorded in Volume 1919, Page 397, Official Records; dated September 5, 1983, recorded in Volume 1925, Page 571, Official Records; dated September 5, 1983, recorded in Volume 1929, Page 601, Official Records; dated February 22, 1984, recorded in Volume 1967, Page 190, Official Records; dated February 22, 1984, recorded in Volume 1984, Page 678, Official Records; and, dated September 5, 1983, recorded in Volume 2010, Page 760, Official Records, HidalgoCounty, Texas.

bh.    Oil, Gas and Mineral Lease(s) dated October 1, 1976, recorded in Volume 328, Page 759, Oil and Gas Records; dated October 1, 1970, recorded in Volume 328, Page 783, Oil and Gas Records; dated October 1, 1970, recorded in Volume 328, Page 799, Oil and Gas Records; and, dated December 1, 1983,

Edwards Abstract and Title Co., GF 907555

recorded in Volume 1994, Page 465, Official Records, Hidalgo County, Texas.

bi.    Oil, Gas and Mineral Lease(s) dated December 1, 1983, recorded in Volume 1930, Page 888, Official Records, and amended in instrument dated October 11, 1984, recorded in Volume 2150, Page 155, Official Records, Hidalgo County, Texas.

bj.    Memorandum of Oil and Gas Lease(s) dated September 1, 2005, recorded under Clerk's File No. 1542899, Official Records; dated November 1, 2005, recorded under Clerk's File No. 1587724, Official Records; and, dated August 2, 2006, recorded under Clerk's File No. 1689606, Official Records, Hidalgo County, Texas.

bk.    Memorandum and Amendment of Letter Agreement dated June 25, 2002, recorded under Clerk's File No. 1305006, Official Records, and dated June 25, 2002, recorded under Clerk's File No. 1482349, Official Records, Hidalgo County, Texas.

bl.    Memorandum of Geophysical Permit and Lease Option Agreement(s) dated June 25, 2002, recorded under Clerk's File No. 1305006, Official Records; dated March 1, 2004, recorded under Clerk's File No. 1339990, Official Records; dated July 12, 2004, recorded under Clerk's File No. 1382393 and extended under Clerk's File No. 1581248, Official Records; dated July 9, 2004, recorded under Clerk's File No. 1399600 and extended under Clerk's File No. 1650880, Official Records; dated May 1, 2004, recorded under Clerk's File No. 1434658, Official Records; dated February 3, 2005, recorded under Clerk's File No. 1458866, Official Records; and, dated December 25, 2005, recorded under Clerk's File No. 1601274, Official Records, Hidalgo County, Texas.

bm.    All leases, grants, exceptions or reservations of coal, lignite, oil, gas and other minerals, together with all rights, privileges and immunities relating thereto, appearing in the Public Records whether listed herein or not. There may be leases, grants, exceptions or reservations of mineral interest that are not listed herein.

bn.    Conveyance of Water Rights dated July 21, 1973, recorded in Volume 1373, Page 723, Deed Records, Hidalgo County, Texas.

bo.    Water Right Agreement and Conveyance dated February 5, 1973, recorded in Volume 1352, Page 323, Deed Records, Hidalgo County, Texas.

bp.    Reservation of water rights and/or other rights if any, as set forth in Amendment of Certificate of Adjudication dated August 31, 1973, recorded in Volume 1, Page 779, Water Rights Records, Hidalgo County, Texas.

bq.    Easement and/or other rights, if any, as set forth in untitled instrument dated February 21, 1908, recorded in Volume "V", Page 116, Deed Records, Hidalgo County, Texas.

Edwards Abstract and Title Co., GF 907555

br.   Easement and/or other rights, if any, as set forth in untitled instrument dated January 20, 1909, recorded in Volume "Z", Page 126, Deed Records, Hidalgo County, Texas.

bs.   Easement and/or other rights, if any, as set forth in Warranty Deed dated May 11, 1921, recorded in Volume 177, Page 89, Deed Records, Hidalgo County, Texas.

bt.   Easement and/or other rights, if any, as set forth in Warranty Deed dated December 24, 1926, recorded in Volume 243, Page 29, Deed Records, Hidalgo County, Texas.

bu.   Right of Way Agreement dated August 22, 1950, recorded in Volume 698, Page 567, Deed Records, Hidalgo County, Texas.

bv.   Easement and/or other rights, if any, as set forth in untitled instrument dated May 13, 1955, recorded in Volume 830, Page 473, Deed Records, and in instrument dated July 9, 1955, recorded in Volume 835, Page 22, Deed Records, Hidalgo County, Texas.

bw.   Easement and/or other rights, if any, as set forth in untitled instrument(s) dated June 6, 1955, recorded in Volume 834, Page 192, Deed Records and dated July 30, 1956, recorded in Volume 867, Page 94, Deed Records, and Quit Claim dated June 23, 1975, recorded in Volume 1449, Page 962, Deed Records, Hidalgo County, Texas.

bx.   Easement and/or other rights, if any, as set forth in untitled instrument(s) dated December 15, 1955, recorded in Volume 850, Page 49, Deed Records; and Quit Claim dated June 23, 1975, recorded in Volume 1449, Page 962, Deed Records, Hidalgo County, Texas.

by.   Easement and/or other rights, if any, as set forth in untitled instrument(s) dated January 23, 1956, recorded in Volume 852, Page 293, Deed Records, dated April 16, 1956, recorded in Volume 860, Page 158, Deed Records, and dated March 12, 1956, recorded in Volume 867, Page 92, Deed Records, Hidalgo County, Texas.

bz.   Easement and/or other rights, if any, as set forth in untitled instrument(s) dated April 16, 1956, recorded in Volume 860, Page 155, Deed Records; and Quit Claim dated June 23, 1975, recorded in Volume 1449, Page 962, Deed Records, Hidalgo County, Texas.

ca.   Easement and/or other rights, if any, as set forth in untitled instrument dated December 26, 1956, recorded in Volume 879, Page 382, Deed Records, Hidalgo County, Texas.

cb.   Easement and/or other rights, if any, as set forth in untitled instrument dated January 8, 1957, recorded in Volume 882, Page 411, Deed Records, Hidalgo

County, Texas.

cc.  Easement and/or other rights, if any, as set forth in untitled instrument dated February 25, 1957, recorded in Volume 882, Page 407, Deed Records, Hidalgo County, Texas.

cd.  Easement and/or other rights, if any, as set forth in untitled instrument dated May 9, 1957, recorded in Volume 889, Page 386, Deed Records, Hidalgo County, Texas.

ce.  Easement and/or other rights, if any, as set forth in untitled instrument dated June 24, 1957, recorded in Volume 892, Page 27, Deed Records, Hidalgo County, Texas.

cf.  Easement and/or other rights, if any, as set forth in untitled instrument dated December 17, 1957, recorded in Volume 906, Page 358, Deed Records, Hidalgo County, Texas.

cg.  Easement and/or other rights, if any, as set forth in untitled instrument(s) dated July 5, 1958, recorded in Volume 920, Page 113, Deed Records, and dated July 23, 1958, recorded in Volume 921, Page 1, Deed Records, Hidalgo County, Texas.

ch.  Easement and/or other rights, if any, as set forth in untitled instrument(s) dated December 22, 1958, recorded in Volume 974, Page 268, Deed Records, and dated March 31, 1960, recorded in Volume 975, Page 320, Deed Records, Hidalgo County, Texas.

ci.  Easement and/or other rights, if any, as set forth in untitled instrument(s) dated February 27, 1960, recorded in Volume 981, Page 505, Deed Records; dated May 24, 1960, recorded in Volume 981, Page 507, Deed Records; and, dated June 27, 1960, recorded in Volume 982, Page 84, Deed Records, Hidalgo County, Texas.

cj.  Easement and/or other rights, if any, as set forth in untitled instrument dated May 3, 1961, recorded in Volume 1006, Page 56, Deed Records, Hidalgo County, Texas.

ck.  Easement and/or other rights, if any, as set forth in untitled instrument dated May 3, 1961, recorded in Volume 1006, Page 57, Deed Records, Hidalgo County, Texas.

cl.  Easement and/or other rights, if any, as set forth in untitled instrument dated May 31, 1961, recorded in Volume 1008, Page 299, Deed Records, Hidalgo County, Texas.

cm.  Right of Way Easement dated October -, 1968, recorded in Volume 1243, Page 751, Deed Records, Hidalgo County, Texas.

Edwards Abstract and Title Co., GF 907555

cn. Right of Way Easement dated October -, 1968, recorded in Volume 1243, Page 754, Deed Records, Hidalgo County, Texas.

co. Easement Deeds (Levee) dated June 20, 1974, recorded in Volume 1412, Page 90, Deed Records; dated October 17, 1974, recorded in Volume 1423, Page 191, Deed Records; dated October 17, 1974, recorded in Volume 1423, Page 196, Deed Records; dated October 17, 1974, recorded in Volume 1423, Page 200, Deed Records; and, dated October 29, 1974, recorded in Volume 1424, Page 787, Deed Records, Hidalgo County, Texas.

cp. Not applicable.

cq. Not applicable.

cr. Easements for roadways, old canal right of way, floodway area, levee and channel area, levee and spoils area, river levee, irrigation and vent valves, irrigation gate, drain ditch, power poles, and power poles with guy wires all as shown on survey plat dated September 8, 2016, prepared by Joe B. Winston, R.P.L.S. No. 3780, Job. No. S-5283.

cs. Not applicable.

ct. Rights of the United States of America (if any) to construct and maintain a fence or wall on the subject property.

cu. Not applicable.

cv. Not applicable.

cw. All leases, grants, exceptions or reservations of coal, lignite, oil, gas and other minerals, together with all rights, privileges and immunities relating thereto, appearing in the Public Records whether listed herein or not. There may be leases, grants, exceptions or reservations of mineral interest that are not listed herein.

cx. Easements and reservations as may appear upon the recorded map and dedication of said the maps of West Addition to Sharyland, recorded in Volume 1, Page 56, Map Records and Capisallo District Subdivision, recorded in Volume "P", Pages 226-227 Deed Records, Hidalgo County, Texas.