IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:19-CV-403 |
| WE BUILD THE WALL, INC., FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., AND NEUHAUS & SONS, LLC, | § § § § § | |
| *Defendants.* | § § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, DANIEL D. HU, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to AUSA E. Paxton Warner the current attorney of record in this case.

                                                 Respectfully submitted,

                                                 **RYAN K. PATRICK**
                                                 United States Attorney
                                                 Southern District of Texas

By:    *s/ Daniel D. Hu*
            **DANIEL D. HU**
            Assistant United States Attorney
            Texas Bar No. 10131415
            1000 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone:  (713) 567-9000
            Facsimile:  (713) 718-3033
            E-mail: Daniel.Hu@usdoj.gov

## CERTIFICATE OF SERVICE

I, Daniel D. Hu, Assistant United States Attorney for the Southern District of Texas, hereby certify that on December 5, 2019, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ Daniel D. Hu*
**DANIEL D. HU**
Assistant United States Attorney