Southern District of Texas - McAllen Division, Texas          RUSH SERVICE
1701 W BUSINESS HWY 83 MCALLEN TX 78501

# CASE #: 7:19-CV-403

**UNITED STATES OF AMERICA**

*Plaintiff*
vs
**WE BUILD THE WALL, INC., FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., AND NEUHAUS & SONS, LLC**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TRACY JONES**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 12/06/19 12:23 pm, instructing for same to be delivered upon Fisher Industries By Delivering To Its Registered Agent-National Registered.

| | |
|---|---|
| That I delivered to: | Fisher Industries By Delivering To Its Registered Agent-National Registered. By Delivering to Kim Hightower, Intake Specialist |
| the following | : summons in a civil action; complaint for injunctive relief; civil cover sheet; order for conference and disclosure of interested parties; disclosure for interested parties; joint discovery/case management plan under frcp 26(f); plaintiff's emergency motion for temporary restraining order and preliminary injunction; exhibits |
| at this address | : 1999 Bryan St., Ste. 900 Dallas, Dallas County, TX 75201-3136 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Friday DEC 6, 2019 3:13 pm |

My name is TRACY JONES, my date of birth is JUL 15th, 1969, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _6th_ day of _Dec_, 20_19_.

TRACY JONES    2707    Declarant
TX Certification#: PSC-14958 Exp. 05/31/2020

AX02A19C01756
tomcat
eaffidavits@pcpusa.net

Service Fee:    90.00   PCP Inv#: D19C00091
Witness Fee:      .00   SO  Inv#: A19C01756
Mileage Fee:      .00
Warner, E. Paxton

RETURN TO CLIENT