United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that this matter is set for hearing on Plaintiff United States of America's application for temporary restraining order against TGR Construction, Inc., for December 19, 2019, at 1**:**30 p.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record. The Government is ordered to use diligence in contacting TGR Construction, Inc., and advising it of this order and its Application for TRO as soon as possible.

SO ORDERED this 16th day of December, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge