UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED that this matter (previously set for January 3, 2020) is hereby reset for hearing on preliminary injunction on January 9, 2020, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 3rd day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge