United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW EXPERTS TO APPEAR TELEPHONICALLY OR VIA SKYPE FOR THE HEARING ON PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Now before the Court is Plaintiff's Unopposed Motion to allow expert witnesses Dr. Apurba Borah, Sally Spener, and Dr. Padinare Unnikrishna of the United States International Boundary and Water Commission to participate telephonically or via Skype for the hearing currently set for January 9, 2020, at 10:00 a.m. [Doc. No. 28, 29]   The Court hereby **ORDERS** that the Motion is **GRANTED**.  Dr. Apurba Borah, Sally Spener and Dr. Padinare Unnikrishna may attend the hearing set for January 9, 2020, at 10:00 a.m. by telephone or Sypke.  Dr. Apurba Borah, Sally Spencer, and Dr. Padinare Unnikrishna should call the Court's chambers (956-618-8083) on the morning of the hearing to obtain instructions for attending by phone or Skype.

SO ORDERED this 9th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1