IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CASE NO. 7:19-CV-00403 |
| VS. | § | |
| | § | |
| WE BUILD THE WALL, INC., | § | |
| FISHER INDUSTRIES, FISHER SAND | § | |
| AND GRAVEL CO., AND NEUHAUS & | § | |
| SONS, LLC, | § | |
|     Defendants | § | |

## NEUHAUS & SONS, LLC'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, **Neuhaus & Sons, LLC** and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Neuhaus & Sons, LLC; and

2. Lance Neuhaus, owner of Neuhaus & Sons, LLC.

    Respectfully submitted,

    JONES, GALLIGAN, KEY & LOZANO, L.L.P.

By: _____
    LANCE A. KIRBY
    Texas State Bar No. 00794096
    Fed. ID No. 21811
    2300 W. Pike Blvd., Ste. 300
    Weslaco, Texas 78596
    (956) 968-5402
    (956) 969-9402 Fax
    lakirby@jgkl.com

*Attorney in Charge for Defendant,
Neuhaus & Sons, LLC*

CERTIFICATE OF SERVICE

I certify that on January 24, 2020, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a Notice of Filing on the following attorneys:

E. Paxton Warner
Assistant United States Attorney
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501

And

John A. Smith, III
Assistant United States Attorney
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
*Attorneys for Plaintiff, United States of America*

Mark J. Courtois
Funderburk Funderburk Courtois, LLP
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
*Attorneys for Defendants, Fisher Industries,
Fisher Sand and Gravel Co., and
TGR Construction, Inc.*

_____
LANCE A. KIRBY