# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., TGR CONSTRUTION, INC. AND NEUHAUS & SONS, LLC, | § § § § § | |
| *Defendants.* | § | |

## PLAINTIFF UNITED STATES OF AMERICA'S DISCLOSURE
## OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Fisher Industries;

2. Fisher Sand and Gravel Co.;

3. TGR Construction, Inc.;

4. Neuhaus and Sons, LLC;

5. United State of America (U. S. International Boundary and Water Commission), Plaintiff.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas
**DANIEL DAVID HU**
Chief, Civil Division

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

Attorney in Charge for the United States of America

And

**JOHN A. SMITH, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

Attorney for the United States of America

### CERTIFICATE OF SERVICE

I, E. Paxton Warner, Assistant United States Attorney for the Southern District of Texas, hereby certify that on January 27, 2020, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney