United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for August 5, 2020) is hereby reset for video status conference on September 10, 2020, at 9**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED August 3, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge