UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-403 |
| FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., TGR CONSTRUCTION, INC., AND NEUHAUS & SONS, LLC, | § § § § § | |
| *Defendants.* | § § | |

**JOINT STIPULATION OF DISMISSAL OF NEUHAUS & SONS, LLC**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Plaintiff, UNITED STATES OF AMERICA and Defendants, FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., TGR CONSTRUCTION, INC., AND NEUHAUS & SONS, LLC, pursuant to Fed R. Civ P. 41(a)(1)(A)(ii), who jointly stipulate to the dismissal of all claims by the UNITED STATES OF AMERICA against NEUHAUS & SONS, LLC in this case, without prejudice, each party to bear their own costs.

[*Remainder of page intentionally left blank*]

Respectfully submitted,

FOR THE PLAINTIFF:

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: *s/ E. Paxton Warner*
E. Paxton Warner
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 West Business Hwy 83, Ste. 600
McAllen, Texas 78501
Tel. 956-618-8010
Fax. 956-618-8016
E-mail: paxton.warner@usdoj.gov
Attorney in Charge for the United States of America

FOR DEFENDANTS:

By: *s/ Mark J. Courtois* by permission
Mark J. Courtois
FUNDERBURK FUNDERBURK COURTOIS, LLP
Texas Bar No. 04897650
Email: mjcourtois@ffllp.com
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
(713) 526-1801
(713) 526-2708 - FAX
Attorney in Charge for Defendants Fisher Industries, Fisher Sand & Gravel Co., and TGR Construction, Inc.

By: *s/ Lance A. Kirby* by permission
Lance A. Kirby
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Texas Bar No. 00794096
Federal ID No. 21811
2300 West Pike Boulevard, Suite 300
Weslaco, Texas 78596
(956) 968-5402
(956) 969-9402 Fax

2

Email: lakirby@jgkl.com
Attorney in Charge for Defendant Neuhaus
& Sons, LLC

## CERTIFICATE OF SERVICE

I, E. Paxton Warner, do hereby certify that on May 17, 2021, a copy of the foregoing was served via ECF notification and email to the following:

Mark Courtois
mjcourtois@fflp.com
Attorney for the Fisher Defendants

Lance Kirby
lakirby@jgkl.com
Attorney for Neuhaus & Sons, LLC

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney