UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, FISHER SAND AND GRAVEL CO., AND TGR CONSTRUCTION, INC., ET. AL., | § § § § § | |
| *Defendants.* | § § | |

### UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff, United States of America (hereinafter "United States"), through the undersigned Assistant United States Attorney, hereby files its Unopposed Motion to Extend Scheduling Order Deadlines and in support hereof, states the following:

### BACKGROUND

1. The United States filed its Complaint for Injunctive Relief (Docket No. 1) as well as Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 5) on December 5, 2019.

2. On December 16, 2019, the United States filed its First Amended Complaint for Injunctive Relief adding Defendant TGR Construction, Inc. as a defendant in the case (Docket No. 17).

3. On September 10, 2020, the Court entered its Rule 16 Scheduling Order (Docket No. 54). In its Scheduling Order, the Court set the following deadlines which remain pending:

| | |
|---|---|
| May 28, 2021 | Experts (Party with the burden of proof) |
| June 11, 2021 | Defensive Experts |
| July 02, 2021 | Discovery |
| July 16, 2021 | Pretrial Motions Deadline |
| August 13, 2021 | Motions Hearing |
| August 30, 2021 | Joint Pretrial Order |
| September 7, 2021 | Final Pretrial Conference |
| September 8, 2021 | Jury Selection & Trial Setting |

4. At the Court's May 5, 2021 Status Conference for the above-styled case, the United States informed the Court that Arcadis had been hired as an expert to perform testing and render expert opinions regarding hydraulic impacts caused by the bollard fence system constructed by the Fisher Defendants, geotechnical testing and assessments of erosion along the banks of the Rio Grande River and along the bollard fence system as well as structural testing and assessment regarding the structural integrity of the bollard fence system.  Arcadis performed required on site testing of the bollard fence system April 27-29, 2021and is currently analyzing results of the testing.

5. On May 7, 2021, the United States filed its opposed motion for leave to file its second amended complaint (Docket No. 62).  The motion remains pending before the court.  Additionally, the parties filed a Stipulation of Dismissal pursuant to Rule 41(a)(2) F.R.C.P., stipulating to the dismissal of Neuhaus & Sons, LLC without prejudice, each party to bear its own costs (Docket No. 63).

**REQUEST FOR EXTENSION OF REMAINING SCHEDULING ORDER DEADLINES**

6. Undersigned counsel for the United States has conferred with representatives from Arcadis and final reports regarding geotechnical, hydraulic and structural opinions should be completed August 20, 2021.  The testing and expert opinions being rendered by Arcadis are necessary to determine whether the bollard fence system constructed by the Fisher Defendants impairs the enforcement of the 1970 Treaty

between the United States and Mexico, primarily whether the bollard fence structure causes deflections of water in a flood scenario over and above the tolerances set by the USIBWC, whether the bollard fence system is structurally sound and whether the grading and altering of the river bank as part of the construction of the bollard fence system will cause the international boundary between the United States and Mexico to shift.

7. Accordingly, undersigned counsel has conferred with counsel for the Fisher Defendants and proposes the following extended dates to the Court's current Scheduling Order:

| | |
|---|---|
| August 20, 2021 | Experts (Party with the burden of proof) |
| October 08, 2021 | Defensive Experts |
| December 31, 2021 | Discovery |
| January 14, 2022 | Pretrial Motions Deadline |
| February 18, 2022 | Motions Hearing |
| March 18, 2022 | Joint Pretrial Order |
| April __, 2022 | Final Pretrial Conference |
| April __, 2022 | Jury Selection & Trial Setting |

## CERTIFICATE OF CONFERENCE

Undersigned counsel for the United States conferred with Mark Courtois, counsel for the Fisher Defendants regarding this Motion to Extend Scheduling Order Deadlines and Mr. Courtois has indicated that the Fisher Defendants are unopposed to this motion and the proposed dates.

## PRAYER

The United States prays the Court grant its Motion to Extend Scheduling Order Deadlines and enter an order extending the remaining deadlines as proposed by the United States.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas
**DANIEL DAVID HU**
Chief, Civil Division

BY: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

Attorney in Charge for the United States
of America

### CERTIFICATE OF SERVICE

I, E. Paxton Warner, do hereby certify that on May 27, 2021, a copy of the foregoing was served via ECF and email to the following:

Mark Courtois
mjcourtois@fflp.com
Attorney for the Fisher Defendants

By: *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney