# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:19-CV-403 |
| | § | |
| FISHER INDUSTRIES, FISHER SAND | § | |
| AND GRAVEL CO. AND TGR | § | |
| CONSTRUCTION, INC., | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff United States of America and Defendants Fisher Industries, Fisher Sand and Gravel Co., and TGR Construction, Inc., pursuant to Fed R. Civ P. 41(a)(1)(ii), hereby jointly stipulate to the dismissal of this case, **with prejudice**, each party to bear their own cost.

Respectfully submitted,

**JENNIFER B. LOWERY**
United States Attorney
Southern District of Texas
**DANIEL DAVID HU**
Chief, Civil Division

BY:  *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

Attorney in Charge for the United States of America

AND

s/ Mark J. Courtois    *by permission*
MARK J. COURTOIS
Texas Bar No. 04897650
Email: mjcourtois@ffllp.com
Direct: 713-620-7226

Funderburk Funderburk Courtois, LLP
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
(713) 526-1801
(713) 526-2708 - FAX

Attorneys for FISHER INDUSTRIES, FISHER SAND AND GRAVEL Co, and TGR CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I, E. Paxton Warner, do hereby certify that on May 31, 2022, a copy of the foregoing was served via email to the following:

Mark Courtois
mjcourtois@fflp.com
Attorney for the Fisher Defendants

By:   *s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney